# United States District Court
## Southern District of Illinois
### 301 West Main Street
### Benton, Illinois 62812

Chambers of
**J. PHIL GILBERT**
U.S. DISTRICT JUDGE

June 29, 2009

RECEIVED 2009 JUL -7 A 11: 17 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the U. S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

RE:    <u>Amended</u> 2008 Financial Disclosure Report

Dear Committee:

This is in response to your letter of June 23, 2009.  Please be advised that "COM COCA COLA" was inadvertently omitted from my 2008 Financial Disclosure Report. Therefore, I have amended my 2008 Financial  Disclosure Report and have enclosed the original and three additional copies of my amended Report for filing.

If you have any questions, please feel free to contact me.



JPG/slc
Enclosure

**Gilbert_John_J 1**

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GILBERT, JOHN P. | UNITED STATES DISTRICT COURT | 06/29/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 WEST MAIN STREET<br>BENTON, IL 62812 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL -7 A 11:17 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 06/29/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old National Bank | Mortgage on Investment Property | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 06/29/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | Buy | 10/1 | J | | |
| 3. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 4. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 5. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 6. COM. TEMP. GWTH | A | Dividend | K | T | | | | | |
| 7. ROYALTY-UNION OIL n/k/a NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 8. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 9. UNITS MEADOW RIDGE - ASSESSED VALUE $280,000 Jackson Co., IL | E | Rent | M | S | | | | | |
| 10. TIME SHARES - CANCUN VIVA, CANCUN, MEXICO - 7/7/79 $3,000 | A | Rent | J | R | | | | | |
| 11. COM. TCW CONV. Y | | | | | | | | | |
| 12. COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 13. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |
| 14. COM ALLETE | A | Dividend | J | T | | | | | |
| 15. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 16. COM CITIZENS COMM. | A | Dividend | | | Sold | 4/11 | J | A | |
| 17. COM COCA COLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2,500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5,000.000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50.000 | L =$50.001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500.001 - $1,000.000 | P1 =$1.000.001 - $5,000.000 | P2 =$5.000.001 - $25,000.000 | |
| | P3 =$25.000,001 - $50.000.000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 06/29/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   COM GEN ELECT | A | Dividend | J | T | | | | | |
| 19.   COM MOTOROLA | A | Dividend | J | T | | | | | |
| 20.   COM HPQ | A | Dividend | J | T | | | | | |
| 21.   COM SELIGMAN Y | | | | | | | | | |
| 22.   COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 23.   COM TECO ENERGY | A | Dividend | J | T | | | | | |
| 24.   COM ORACLE | A | Dividend | J | T | | | | | |
| 25.   COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 26.   COM FT. DEARBORN | A | Dividend | J | T | | | | | |
| 27.   COM WALMART | A | Dividend | J | T | | | | | |
| 28.   COM WESTERN RES n/k/a WESTAR E NERGY | A | Dividend | J | T | | | | | |
| 29.   COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 30.   COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 31.   COM MICROSOFT | A | Dividend | J | T | | | | | |
| 32.   COM TIME WARNER | A | Dividend | J | T | | | | | |
| 33.   COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 34.   COM PUTNAM GLOBAL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | GILBERT, JOHN P. | 06/29/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 36. COM MUNDER FUND B | A | Dividend | J | T | | | | | |
| 37. COM FORD | A | Dividend | | | Sold | 4/11 | J | A | |
| 38. COM ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 39. COM YUM BRANDS | A | Dividend | J | T | | | | | |
| 40. COM HARLEY DAVIDSON | A | Dividend | J | T | | | | | |
| 41. BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 42. COM VERIZON COMM | A | Dividend | J | T | | | | | |
| 43. COM AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 44. COM DTE ENERGY | A | Dividend | J | T | | | | | |
| 45. COM SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 46. COM AES | A | Dividend | J | T | | | | | |
| 47. COM TELEFONOS | A | Dividend | J | T | | | | | |
| 48. COM CORNING | A | Dividend | J | T | | | | | |
| 49. COM INTEL | A | Dividend | J | T | | | | | |
| 50. COM TEX INST | A | Dividend | J | T | | | | | |
| 51. CD CAR FIRST | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000,001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 06/29/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD DISCOVER BK | B | Interest | | | Redeemed | 12/21 | J | A | |
| 53. CD PROVIDENT | B | Interest | K | T | | | | | |
| 54. CD FIRST SIGN | B | Interest | | | Redeemed | 12/29 | J | A | |
| 55. BOND FNMA | B | Interest | K | T | | | | | |
| 56. BOND GMAC | A | Interest | K | T | | | | | |
| 57. BOND GMAC | B | Interest | K | T | | | | | |
| 58. BOND GMAC | A | Interest | K | T | | | | | |
| 59. CD MID FIRST | B | Interest | K | T | | | | | |
| 60. BOND SEARS | A | Interest | J | T | | | | | |
| 61. COM ALLSCRIPTS HEALTH | A | Dividend | J | T | | | | | |
| 62. COM CAREMARK | A | Dividend | J | T | | | | | |
| 63. COM VITAL IMAGES | A | Dividend | J | T | | | | | |
| 64. BOND FHLMC 6.10% | A | Interest | | | Redeemed | 9/17 | J | A | |
| 65. BOND GMAC 5% | A | Interest | J | T | | | | | |
| 66. CD HUNINGTON 5% | A | Interest | K | T | | | | | |
| 67. BOND CHICAGO IL 5.125% | A | Interest | K | T | | | | | |
| 68. BOND LEHMAN BRO. | A | Interest | | | Redeemed | 04/25 | J | A | |

---

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 06/29/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COM EXELON | A | Dividend | J | T | | | | | |
| 70. PREF STOCK CIPS 4% Y | | | | | | | | | |
| 71. COM AMEREN | A | Dividend | K | T | | | | | |
| 72. COM EMPIRE DIST ELEC | A | Dividend | K | T | | | | | |
| 73. COM FPL | A | Dividend | J | T | | | | | |
| 74. COM AGRBX | A | Dividend | J | T | | | | | |
| 75. COM LUCENT | A | Dividend | J | T | | | | | |
| 76. COM AGTHX | A | Dividend | J | T | | | | | |
| 77. COM SCWBX | A | Dividend | J | T | | | | | |
| 78. COM ABBOTT LAB Y | | | | | | | | | |
| 79. COM Hospira | A | Dividend | J | T | | | | | |
| 80. COM JOHNSON & JOHNSON Y | | | | | | | | | |
| 81. COM New World Fund | A | Dividend | J | T | | | | | |
| 82. COM GRW Fund of Am. | A | Dividend | J | T | | | | | |
| 83. CD WASHINGTON MUTUAL ANK | E | Int./Div. | | | Redeemed | 08/22 | K | | |
| 84. BOND GECC 6% | A | Int./Div. | K | T | | | | | |
| 85. CD GMAC 5/3% | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   PFD JOHN HANCOCK | A | Int./Div. | K | T | | | | | |
| 87.   DNP SELECT INC. | A | Int./Div. | J | T | | | | | |
| 88.   CD WACHOVIA BK | E | ·Interest | J | T | Buy | 8/22 | J | | |
| 89.   CD WACHOVIA BK | D | Interest | K | T | Buy (add'l) | 9/22 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 06/29/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following assets belong to ████████████ who is now eamancipated and are indicated in Part VII with a "Y:"

Part VII, page 4, line 11

Part VII, page 5, line 20

Part VII, page 8, line 69

Part VII, page 8, line 77

Part VII, page 8, line 79

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2008 | FOR CALENDAR YEAR 2008 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GILBERT, JOHN P. | UNITED STATES DISTRICT COURT | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 WEST MAIN STREET<br>BENTON, IL 62812 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 11: 21 FINANCIAL DISCLOSURE OFFICE

Gilbert_John_J 2

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Old National Bank | Mortgage on Investment Property | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | Buy | 10/1 | J | | |
| 3. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 4. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 5. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 6. COM. TEMP. GWTH | A | Dividend | K | T | | | | | |
| 7. ROYALTY-UNION OIL n/k/a NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 8. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 9. ██████████ - ASSESSED VALUE $280,000 Jackson Co., IL | E | Rent | M | S | | | | - | - |
| 10. TIME SHARES - CANCUN VIVA, CANCUN, MEXICO - 7/7/79 $3,000 | A | Rent | J | R | | | | | |
| 11. COM. TCW CONV. Y | | | | | | | | | |
| 12. COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 13. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |
| 14. COM ALLETE | A | Dividend | J | T | | | | | |
| 15. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 16. COM CITIZENS COMM. | A | Dividend | | | Sold | 4/11 | J | A | |
| 17. COM GEN ELECT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COM MOTOROLA | A | Dividend | J | T | | | | | |
| 19. COM HPQ | A | Dividend | J | T | | | | | |
| 20. COM SELIGMAN Y | | | | | | | | | |
| 21. COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 22. COM TECO ENERGY | A | Dividend | J | T | | | | | |
| 23. COM ORACLE | A | Dividend | J | T | | | | | |
| 24. COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 25. COM FT. DEARBORN | A | Dividend | J | T | | | | | |
| 26. COM WALMART | A | Dividend | J | T | | | | | |
| 27. COM WESTERN RES n/k/a WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 28. COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 29. COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 30. COM MICROSOFT | A | Dividend | J | T | | | | | |
| 31. COM TIME WARNER | A | Dividend | J | T | | | | | |
| 32. COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 33. COM PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 34. COM REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM MUNDER FUND B | A | Dividend | J | T | | | | | |
| 36. COM FORD | A | Dividend | | | Sold | 4/11 | J | A | |
| 37. COM ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 38. COM YUM BRANDS | A | Dividend | J | T | | | | | |
| 39. COM HARLEY DAVIDSON | A | Dividend | J | T | | | | | |
| 40. BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 41. COM VERIZON COMM | A | Dividend | J | T | | | | | |
| 42. COM AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 43. COM DTE ENERGY | A | Dividend | J | T | | | | | |
| 44. COM SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 45. COM AES | A | Dividend | J | T | | | | | |
| 46. COM TELEFONOS | A | Dividend | J | T | | | | | |
| 47. COM CORNING | A | Dividend | J | T | | | | | |
| 48. COM INTEL | A | Dividend | J | T | | | | | |
| 49. COM TEX INST | A | Dividend | J | T | | | | | |
| 50. CD CAR FIRST | B | Interest | K | T | | | | | |
| 51. CD DISCOVER BK | B | Interest | | | Redeemed | 12/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. CD PROVIDENT | B | Interest | K | T | | | | | |
| 53. CD FIRST SIGN | B | Interest | | | Redeemed | 12/29 | J | A | |
| 54. BOND FNMA | B | Interest | K | T | | | | | |
| 55. BOND GMAC | A | Interest | K | T | | | | | |
| 56. BOND GMAC | B | Interest | K | T | | | | | |
| 57. BOND GMAC | A | Interest | K | T | | | | | |
| 58. CD MID FIRST | B | Interest | K | T | | | | | |
| 59. BOND SEARS | A | Interest | J | T | | | | | |
| 60. COM ALLSCRIPTS HEALTH | A | Dividend | J | T | | | | | |
| 61. COM CAREMARK | A | Dividend | J | T | | | | | |
| 62. COM VITAL IMAGES | A | Dividend | J | T | | | | | |
| 63. BOND FHLMC 6.10% | A | Interest | | | Redeemed | 9/17 | J | A | |
| 64. BOND GMAC 5% | A | Interest | J | T | | | | | |
| 65. CD HUNINGTON 5% | A | Interest | K | T | | | | | |
| 66. BOND CHICAGO IL 5.125% | A | Interest | K | T | | | | | |
| 67. BOND LEHMAN BRO. | A | Interest | | | Redeemed | 04/25 | J | A | |
| 68. COM EXELON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PREF STOCK CIPS 4% Y | | | | | | | | | |
| 70. COM AMEREN | A | Dividend | K | T | | | | | |
| 71. COM EMPIRE DIST ELEC | A | Dividend | K | T | | | | | |
| 72. COM FPL | A | Dividend | J | T | | | | | |
| 73. COM AGRBX | A | Dividend | J | T | | | | | |
| 74. COM LUCENT | A | Dividend | J | T | | | | | |
| 75. COM AGTHX | A | Dividend | J | T | | | | | |
| 76. COM SCWBX | A | Dividend | J | T | | | | | |
| 77. COM ABBOTT LAB Y | | | | | | | | | |
| 78. COM Hospira | A | Dividend | J | T | | | | | |
| 79. COM JOHNSON & JOHNSON Y | | | | | | | | | |
| 80. COM New World Fund | A | Dividend | J | T | | | | | |
| 81. COM GRW Fund of Am. | A | Dividend | J | T | | | | | |
| 82. CD WASHINGTON MUTUAL ANK | E | Int./Div. | | | Redeemed | 08/22 | K | | |
| 83. BOND GECC 6% | A | Int./Div. | K | T | | | | | |
| 84. CD GMAC 5/3% | A | Int./Div. | K | T | | | | | |
| 85. PFD JOHN HANCOCK | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DNP SELECT INC. | A | Int./Div. | J | T | | | | | |
| 87. CD WACHOVIA BK | E | Interest | J | T | Buy | 8/22 | J | | |
| 88. CD WACHOVIA BK | D | Interest | K | T | Buy (add'l) | 9/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following assets belong to ███████████████████ and are indicated in Part VII with a "Y:"

Part VII, page 4, line 11

Part VII, page 5, line 20

Part VII, page 8, line 69

Part VII, page 8, line 77

Part VII, page 8, line 79

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544